United States Court of Appeals
Fifth Circuit

**F I L E D**

**September 14, 2006**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 05-10633
Summary Calendar
_____

UNITED STATES OF AMERICA,

                              Plaintiff-Appellee,

versus

TEDDY WAYNE SOLOMON,

                              Defendant-Appellant.

---------------------
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:98-CR-299-1
---------------------

Before SMITH, WIENER, and OWEN, Circuit Judges.

PER CURIAM:[*]

    Teddy Wayne Solomon, federal prisoner # 25882-077, appeals the district court's denial of his supplemental 18 U.S.C. § 3582 motion to modify his term of imprisonment. Solomon's motion challenging the constitutionality of his sentence, which was filed after the conclusion of his direct appeal and 28 U.S.C. § 2255 motion, is an unauthorized motion. See United States v. Early, 27 F.3d 140, 142 (5th Cir. 1994). Accordingly, Solomon's appeal is DISMISSED for lack of jurisdiction.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.